UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60056-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RALPH AMATO,

        Defendant.
_____/

## ORDER

This matter is before the Court upon Defendant Ralph Amato's Motion for Disclosure of Expert Witnesses [D.E. 40], upon reference by the Honorable William J. Zloch to me. [D.E. 44]. Review of the docket in this case reveals that this matter is currently set for the trial period commencing April 20, 2009, with a calendar call scheduled for April 17, 2009. *See* D.E. 30. In view of the imminence of the trial period, I find good cause to expedite the briefing on the pending motion. It is therefore **ORDERED AND ADJUDGED** that the United States of America shall file its response to Defendant's Motion for Disclosure of Expert Witnesses [D.E. 40] by **5:00 p.m., Tuesday, April 14, 2009.**

    **DONE AND ORDERED** this 13th day of April, 2009.

                                    ROBIN S. ROSENBAUM
                                    UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
        Counsel of Record